# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| GORDON LEROY HALL | § | |
| VS. | § | CIVIL ACTION NO. 1:20cv269 |
| WARDEN FCC BEAUMONT LOW | § | JUDGE MICHAEL J. TRUNCALE |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Gordon Leroy Hall, proceeding *pro se*, filed this petition for writ of habeas corpus. The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge. The Magistrate Judge recommends that the petition be dismissed.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Proper notice was given to petitioner at his last known address. *See* FED. R. CIV. P. 5(B)(2)(C). The copy of the Report and Recommendation sent to petitioner was returned with a notation indicating petitioner is no longer at that address. Petitioner has failed to provide the Court with a new address, in contravention of Local Rule CV-11(d). No objections were filed to the Report and Recommendation.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge (doc. no. 4) is **ADOPTED** as the opinion of the Court. A final judgment shall be entered in accordance with the recommendation of the Magistrate Judge.

**SIGNED this 2nd day of June, 2021.**

Michael J. Truncale
United States District Judge